UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| CASIMIR J. MAKOWSKI, JR., | Case No.: 20cv229-JAH (JLB) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO STAY (Doc. No. 3).** |
| v. | |
| AETNA LIFE INSURANCE COMPANY, | |
| Defendant. | |

Pending before the Court is a joint stipulation by Plaintiff Casimir J. Makowski, Jr. ("Plaintiff") and Defendant Aetna Life Insurance Company ("Defendant"), fashioned as a joint motion. *See* Doc. No. 3. Pursuant to the stipulation of the Parties, and good cause shown, IT IS HEREBY ORDERED that the stipulation is **GRANTED**. The above captioned case is **stayed for forty-five (45) days** from the date of this Order to allow the Parties to attempt to resolve the matter informally. If unsuccessful, then Plaintiff shall file the First Amended Complaint asserting claims under ERISA within sixty (60) days of the Parties' stipulation.

**IT IS SO ORDERED.**

DATED: April 7, 2020

_____
JOHN A. HOUSTON
United States District Court

1

20cv229-JAH (JLB)