UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIMIR J. MAKOWSKI, JR.,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ATENA LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Case No.: 3:20-cv-00229-JAH-JLB<br><br>**ORDER ON STIPULATION TO FILE FIRST AMENDED COMPLAINT AND EXTEND STAY IN THE CASE (Doc. No. 5)** |

　　Pending before the Court is a Joint Motion, fashioned as a stipulation, for Leave to File the first Amended Complaint and Extend Stay Pending Good Faith Settlement Discussions. *See* Doc. No. 5. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. The matter remains stayed for an additional thirty (30) days to allow the parties to attempt to resolve the matter informally. If unsuccessful, Plaintiff shall file the First Amended Complaint asserting claims under ERISA on or before **July 19, 2020**.

　　**IT IS SO ORDERED.**
DATED: June 24, 2020

_____
JOHN A. HOUSTON
United States District Judge